Tel. No. 267-299-7759

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA      :  Date of
                              :  Notice: March 5, 2013
Vs.                           :
                              :
Andrea Lawton                 :  Criminal No. 12.584.01
FEDERAL CUSTODY
USM# 68635-066
```

      **TAKE NOTICE** that the above-entitled case has been set for a **Sentencing Hearing** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Monday May 20, 2013\*\*** at **11:00 a.m.** before the Honorable C. Darnell Jones II in courtroom to be determined. Parties to contact chambers the day prior to hearing for courtroom assignment.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

      Very truly yours

**No** INTERPRETER REQUIRED

\*\*4/3/13

*A`iShah El-Shabazz*
 A`iShah El-Shabazz
 Courtroom Deputy to Judge Jones

 Defendant
 Martin Isenberg, Defense Counsel
 Joseph Khan, A.U.S.A.
 U.S. Marshal
 Probation Office
 Pretrial Services
 Larry Bowman

via e-mail
Cr 4 (rev. 8/97)